# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

O'NEAL BOSLEY, JR.

NO. 2020 KW 1269

DEC 1 6 2020

---

In Re:    O'Neal Bosley, Jr., applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 171,964.

---

BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.

   **WRIT DENIED.**

                              VGW
                              JEW
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT